# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Discord, Inc. Account Information:User ID: 510497117542809615, Username: BloodReaper231#0382 | )<br>)<br>)  Case No. 23-mj-4160<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Central_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a), 2252A | production/distribution of child pornography |
| 18 USC 2422(b) | coercion and enticement of a minor to engage in unlawful sexual activity |
| 18 U.S.C. 1470 | transfer of obscene material to an individual under the age of sixteen |

The application is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

e-signed//Zachary D. Perkins
*Applicant's signature*

FBI Special Agent Zachary D. Perkins
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone_____ *(specify reliable electronic means)*.

Date: March 28, 2023

[Judge's signature]
*Judge's signature*

City and state: Nashville, Tennessee
Alistair Newbern, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR SEARCH WARRANT

I, Zachary Perkins, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of application for search warrant for information associated with the following account (hereinafter collectively the **TARGET ACCOUNT**): Discord, Inc. User ID: 510497117542809615, Username: BloodReaper231#0382 , that is stored at premises controlled by electronic service provider identified below in Attachment A. The information to be searched is described in the following paragraphs and in Attachment A.

2. This affidavit is made in support of application for search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require the online service providers to disclose to the government copies of the information (including the content of communications) further described in Section I of each respective Attachment B. Upon receipt of the information described in Section I of each Attachment B, government-authorized persons will review that information to locate the items described in Section II of each Attachment B.

3. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2021. Prior to becoming a Special Agent, I was employed as a Police Officer for the city of Escondido, California, for eight years. During those years of employment, I conducted hundreds of criminal investigations. I obtained a bachelor's degree in Criminology from California State University Fresno. I currently am assigned to the FBI's Memphis Division, Clarksville, Tennessee Resident Agency, where I am assigned to work a wide variety of criminal matters, including violent crimes against children. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States and to execute

search warrants and arrest warrants issued by federal and state courts.

4. The facts set forth in this affidavit come from information provided by victims and witnesses, other law enforcement officers, my personal observations, my training and experience, and business records gathered pursuant to administrative subpoenas. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the contemporaneously filed applications, it does not include each and every fact known to me or to other investigators.

5. This investigation involves: production/attempted of child pornography in violation of 18 U.S.C. § 2251(a) and (e); distribution, receipt and possession of child pornography, in violation of 18 U.S.C. § 2252A; coercion and enticement of a minor to engage in unlawful sexual activity, in violation of 18 U.S.C. § 2422; and transfer of obscene material to an individual under the age of sixteen, in violation of 18 U.S.C. § 1470, by the user of the **TARGET ACCOUNT**. Evidence developed during the course of this investigation and further detailed below shows that the person engaged in the offenses is likely **MATTHEW LEE STEPHENS**, DOB XX/XX/2003, of Bowling Green, Kentucky. There is also probable cause to search the information described in each respective Attachment A for evidence, instrumentalities, contraband, and/or fruits of these crimes further described in each respective Attachment B.

## JURISDICTION

6. This Court has jurisdiction to issue the requested warrant because it is a "court of competent jurisdiction" as defined by 18 U.S.C. § 2711. Specifically, the Court is a "district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

# BACKGROUND ON INTERNET SERVICES DISCUSSED IN THIS AFFIDAVIT

## DISCORD

7.      Discord owns and operates a free-access, all-in-one voice and text chat application and website of the same name that can be accessed at http://www.discordapp.com. Discord is a "cross-platform'" application, which is available for Microsoft Windows, Mac OS. Android, Apple iOS. and Linux operating systems. Discord currently has approximately 25 million users, and targets gamers and the gaming community.

8.      Discord allows its users to establish accounts, which they can then use to communicate with other Discord users. Discord also allows users to create servers, or chat rooms, to host discussions on any topic. A server can be configured as public, meaning anyone can join, or it can be configured to be private. To participate in a private server, a user must be invited by another user, who already belongs to that private server. Invitations can be configured to expire after a short period of time, limited to the number of times an invitation can be shared, and even be configured to limit a user to participating in the group one time.

9.      Within a specific server, Discord provides text chat capabilities, to include the ability to upload and share images. Discord also provides voice chat capabilities in which users

are able to directly call one or more users at a time, allowing for group voice chats, similar to other voice service providers such as Skype and TeamSpeak.

10. Similar to other communication platforms, Discord users are able to create and maintain a friends list, participate in multiple servers or communication channels, and set their current status indicator to appear online, away, or invisible to other users.

11. When signing up for a Discord account, the user must agree to Discord's Terms of Sendee.1 Discord's terms of service, Rules of Conduct and Usage state, "You agree not to use the Service in order to: violate any applicable laws or regulations, or promote or encourage any illegal activity..."

12. Discord asks users to provide basic contact information to Discord, either during the registration process or thereafter. The information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip 'Discord's Terms of Service may be accessed online: https://discordapp.com/tos 6 code) telephone numbers, screen names, websites, and other personal identifiers. Discord also assigns a user identification number to each account.

13. Discord may also retain Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Discord, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Discord profile, that user" s IP log would reflect the fact the user viewed the profile, and would show when and from what IP address the user did so.

14. Social networking providers like Discord typically retain additional information about their users' accounts, such as information about the length of service (including start date),

the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Discord users may communicate directly with Discord about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Discord typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

15. The computers or servers of Discord are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Discord, such as account access information, transaction information, and account activation

## PROBABLE CAUSE

16. On March 1, 2023, the mother of Minor Victim 1 contacted Clarksville Police Department to report that she found a direct text conversations on the social platform Discord between an unknown subject, (later identified by law enforcement to likely be **MATTHEW LEE STEPHENS)** and her 15 year old minor son (Minor Victim 1). Within these conversations, **STEPHENS** discussed sexual activity, sent animated images of people and animals engaged in sexual acts, sent images and graphic interchange format (GIF) images of men engaged in oral and anal sex, sent images of men and women engaged in sexual acts with dogs, sent images of obviously prepubescent children engaged in various sexual acts including oral sex and vaginal penetration, and sent images of a male torso and exposed penis that **STEPHENS** claimed was of himself. **STEPHENS** discussed wanting to travel to the Middle District of Tennessee to meet up with Minor Victim 1 for the purpose of having sex. Minor Victim 1 sent multiple nude images of

himself to **STEPHENS**, including images of his exposed penis. Minor Victim 1 engaged in the above described conversations on Minor Victim 1's mother's laptop computer and Minor Victim 1's personal laptop computer. Minor Victim 1's mother gave Clarksville Police Department and the Federal Bureau of Investigation consent to collect and search Minor Victim 1's personal laptop computer.

17. Upon review of Minor Victim 1's Discord account, pursuant to the above described consent given by Minor Victim 1's mother, I found a direct text conversation between Minor Victim 1's account Cloud#8346, and Discord username "BloodReaper231#0382" matching the above described conversation between **STEPHENS** and Minor Victim 1. The conversation took place between August 31, 2022, and March 1, 2023. Messages sent between **STEPHENS** and Minor Victim 1 were saved in one continuous chat conversation in the above timeframe. Minor Victim 1 and **STEPHENS** chatted nearly every day, and each separate conversation was recorded in the same private chat conversation. On August 31, 2023, **STEPHENS** and Minor Victim 1 discussed sex toys and having sex with each other. **STEPHENS** and Minor Victim 1 sent pornographic images of both adults and minors, GIFs, and pornographic cartoon images of dogs and other animals engaging in sexual acts to each other in the chat nearly every day in the above listed period of time. **STEPHENS** also sent Minor Victim 1 links to Google Meet video chat sessions.

18. On September 1, 2022, **STEPHENS** sent messages to Minor Victim 1 stating, "ur 8 yr old brother is tiny" "I just want to cuddle em lmao," and "I would love for a dog to throatfuck you."

19. On September 10, 2022, Minor Victim 1 sent messages to **STEPHENS**, in the Discord chat, telling **STEPHENS** that Minor Victim 1 worked as a football referee for the high

school Minor Victim 1 attended, and that Minor Victim 1 was a member of the Junior Reserve Officers' Training Corps (JROTC). **STEPHENS** later asked Minor Victim 1, "Hey (Minor Victim 1's first name) if u were born 5 years ago how old would u be?" Minor Victim 1 replied "19." **STEPHENS** then said, "u would be 5 dummy," "born 5 years ago." Minor Victim 1 replied, "oh I thought you ment add lol." The above messages show that Minor Victim 1 communicated to **STEPHENS** that Minor Victim 1 was 14 years old.

20. On September 11, 2022, **STEPHENS** and Minor Victim 1 had the following conversation in the Discord private chat in which they discuss meeting in person to perform sexual acts with each other:

**STEPHENS**: "make you choke on my dick (smiling emoji) then rail ur ass."

Minor Victim 1: "well now you are just making me horny"

**STEPHENS**: "u should fuck me too ^-^"

Minor Victim 1: "ok how do you like it?"

**STEPHENS**: "?"

Minor Victim 1: "how do you like to be fucked?"

**STEPHENS**: "laying down on my stomach and u fucking me"

Minor Victim 1: "I like the sound of that"

**STEPHENS**: "x3"

Minor Victim 1: "I don't think you can take my dick"

STEPHENS: "is that a challenge"

Minor Victim 1: "yes"

STEPHENS: "hmm lets see when we meet"

Minor Victim 1: "ok then I can take you easy and your dog"

21. On October 13, 2022, **STEPHENS** sent Minor Victim 1 four links to obvious child pornography in the private Discord chat. Each link was accompanied with a different image presumably previewing the content found on the linked website. The images associated with the links were of obviously prepubescent children exposing their nude genitals to the camera. One image was of a nude young girl with no breast development or pubic hair, touching the penis of a nude young boy who also had no pubic hair. The link associated with this image was titled, "Underage brother and sister exploring sex together for a very first time. Surprisingly big cockerel is appealing for their…" Another image showed a young girl completely nude, lying on her back on a bed with her legs spread and vagina exposed to the camera. Near the girl's head was what appeared to be a nude adult male kneeling down with his penis near the girl's face, and his hand on one of the girl's legs. The link associated with this image listed, "…Best child porno is here…" as part of the title.

22. On October 29, 2022, **STEPHENS** sent Minor Victim 1 messages in the chat telling Minor Victim 1 that **STEPHENS** was 19 years old. Previously in the chat, **STEPHENS** also sent Minor Victim 1 a photo that **STEPHENS** claimed was of **STEPHENS**. The photo was of a white male adult with brown hair. In the photo, the male was visible from the shoulders up. The male in the photo appeared to be a young adult.

23. On November 11, 2022, while talking to Minor Victim 1 in the private Discord chat, **STEPHENS** sent a message to Minor Victim 1 stating that Minor Victim 1 was 14 years old.

24. Several times throughout the chat, **STEPHENS** sent Minor Victim 1 links to a Google Meet video chat. **STEPHENS** would often send the links with an accompanying message such as, "wanna do a show?"

25. In the private Discord chat, Minor Victim 1 sent **STEPHENS** multiple photos of Minor Victim 1, including at least two photos of Minor Victim 1' face, multiple photos of Minor Victim 1 wearing red underwear in various sexually suggestive poses, and a photo of Minor Victim 1 exposing his penis to the camera while holding an airsoft pistol next to his penis. **STEPHENS** sent Minor Victim 1 multiple photos that **STEPHENS** claimed were of **STEPHENS**. These photos included the previously mentioned photo of **STEPHENS**' face, a photo of **STEPHENS** lying face down and holding an object that appears to be inserted in the **STEPHENS's** anus, a photo of **STEPHENS** from the neck down with his pants pulled down and his penis exposed, and a photo of **STEPHENS** shirtless lying face down with his pants pulled down exposing his nude buttocks.

26. On March 2, 2023, I submitted an administrative subpoena to Discord Inc. for account registration information and IP address history related to Discord username BloodReaper231#0382. Discord responded by providing the following information:

User ID: 510497117542809615

Username: BloodReaper231#0382

Email: mattstephens450@gmail.com

Email verified: Yes

Phone number: +17708758492

Registration IP: Not found

Registration Time (UTC): 2018-11-09 16:53:17

Last Seen Time (UTC): 2023-03-03 03:14:50

Last Seen IP: 107.10.130.118

27. Open source research related to the above listed IP address (which is the IP address most often used by **STEPHENS**' Discord account between September 4, 2022 and March 1, 2023) indicated that the IP address was likely accessed from the area of Bowling Green, Kentucky. Records checks provided that the above listed phone number associated with **STEPHENS**' Discord account is registered to Sabrina Stephens DOB XX/XX/1978, who resides at 460 Brentmoor Avenue Bowling Green, Kentucky 42101. Further records checks and open source research provided that Sabrina Stephens's son is **MATTHEW LEE STEPHENS** DOB XX/XX/2003. **STEPHENS** was 19 years old during the time in which the chats took place between **STEPHENS** and Minor Victim 1. According to Kentucky driver's license records, **STEPHENS** resides at 460 Brentmoor Avenue Bowling Green, Kentucky 42101. **STEPHENS's** physical appearance in his Kentucky driver's license photo (Photo date: February 2, 2023) matches the previously mentioned photo **STEPHENS** sent of **STEPHENS** to Minor Victim 1 in the private Discord chat.

28. On March 3, 2023, Minor Victim 1 was interviewed at The Federal Bureau of Investigation (FBI) Clarksville Resident Agency (RA) Office. The forensic interview was

conducted by a FBI Child Advocate Forensic Interviewer (CAFI). In the interview Minor Victim 1 stated he first came in contact with **STEPHENS** while playing the online video game Roblox on his computer sometime before the summer of 2022. Roblox is an internet video game, often played on a computer, where players often play various video games with randomly assigned opponents and teammates who have the ability to send test messages between players in the game. Roblox players will frequently play the game with players who they have had no previous contact with. Minor Victim 1 was 14 years old when he met **STEPHENS** online. Minor Victim 1 was playing a game in Roblox with other random players he did not know and began talking to **STEPHENS** about the game. **STEPHENS** and Minor Victim 1's conversations at first were about the Roblox game. Minor Victim 1 initially thought that **STEPHENS** was another kid, but later was told by **STEPHENS** that **STEPHENS** was 19 years old. **STEPHENS** eventually suggested that Minor Victim 1 create an account on Discord, so that **STEPHENS** and Minor Victim 1 could continue talking more. According to Minor Victim 1, Roblox is very restrictive of the chat content by users, while Discord is not. Minor Victim 1 used his mother's laptop and his personal laptop to play Roblox and communicate on Discord with **STEPHENS** multiple times per week between the summer of 2022 and March 1, 2023.

29. The FBI CAFI showed Minor Victim 1 seven printed images from the private Discord chat between **STEPHENS** and Minor Victim 1. Minor Victim 1 identified image #1 as a screen recorded image of the chat conversation Minor Victim 1 had with **STEPHENS**. Minor Victim 1 identified "Cloud" as Minor Victim 1's Discord username and "BloodReaper231" as **STEPHENS**'s Discord username.

30. Minor Victim 1 identified image #2 as a photo that Minor Victim 1 took of himself using his computer and sent to **STEPHENS** in the Discord chat. The photo was taken in Minor Victim 1's bedroom, and in the image you can see Minor Victim 1's face.

31. Minor Victim 1 identified image #3 as the above mentioned photo that **STEPHENS's** face sent by **STEPHENS** to Minor Victim 1 in the Discord chat. In image #3, the face of a white male with brown hair and glasses is depicted.

32. Minor Victim 1 identified image #4 as a photo Minor Victim 1 took of himself in his bedroom using his computer. In image #4, Minor Victim 1 is depicted wearing red underwear, and exposing his penis to the camera while holding an airsoft pistol next to his penis. Minor Victim 1 sent the photo to **STEPHENS** in the Discord chat. **STEPHENS** instructed Minor Victim 1 to take multiple photos of Minor Victim 1 wearing the same red underwear while posing in different positions.

33. Minor Victim 1 identified image #5 as a photo of **STEPHENS** that **STEPHENS** sent to Minor Victim 1 in the Discord chat. In the photo, a male body is depicted from the waist down, lying face down and holding an object that appears to be inserted in the male's anus.

34. Minor Victim 1 identified image #6 as a photo of **STEPHENS** that **STEPHENS** sent to Minor Victim 1 in the Discord chat. In the photo, a shirtless male body from the neck down is depicted. The male in the photo has his pants pulled down so that his penis is exposed.

35. Minor Victim 1 identified image #7 as a photo of **STEPHENS** that **STEPHENS** sent to Minor Victim 1 in the Discord chat. In image #7 a shirtless male lying face down with his pants pulled down exposing his nude buttocks is depicted.

36. Minor Victim 1 stated Minor Victim 1 sent **STEPHENS** nude photos of Minor Victim 1 approximately 2-3 times per week for an unknown number of weeks while talking to

**STEPHENS** on Discord. Minor Victim 1 was unable to provide an estimate of the total number of nude images Minor Victim 1 sent to **STEPHENS**.

37. Minor Victim 1 stated that **STEPHENS** and Minor Victim 1 communicated using Google Meet video chatting multiple time. In the Google Meet video chats, **STEPHENS** would not have his camera or audio on. **STEPHENS** would tell Minor Victim 1 what to do in the video chat. **STEPHENS** told Minor Victim 1 to show Minor Victim 1's abdominal muscles, take his clothes off, and show his penis and butt. **STEPHENS** also told Minor Victim 1 to play with his penis while on the video chat. All of the video calls took place in Minor Victim 1's bedroom and bathroom. Minor Victim 1 never heard **STEPHENS**'s voice in the video chats.

38. According to Minor Victim 1, in the Discord chat Minor Victim 1 and **STEPHENS** discussed meeting in person. **STEPHENS** told Minor Victim 1 that **STEPHENS** wanted to "fuck" Minor Victim 1. **STEPHENS** asked Minor Victim 1 where they would be able to meet up. Minor Victim 1 suggested they meet at the Nashville Airsoft in Nashville, Tennessee. **STEPHENS** also talked to Minor Victim 1 about Minor Victim 1 coming to live with **STEPHENS**.

## **CONCLUSION**

39. Based on the foregoing, I request that the Court issue the proposed search warrant.

40. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of these warrant. The government will execute these warrant by serving them on the respective service provider. Because the warrant will be served directly on the service providers, who will then compile the requested records at a time convenient to them, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the following Discord user accounts: User ID: 510497117542809615, Username: BloodReaper231#0382 from the date of the account's creation to the present, that is stored at premises owned, maintained, controlled, or operated by Discord, a company located at 444 De Haro Street. Suite 200, San Francisco. California 94107.

# ATTACHMENT B

## Particular Things to Be Seized

**I.** **Information to Be Disclosed by Discord, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Discord, Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Discord, Inc. or have been preserved pursuant 18 U.S.C. § 2258A or 18 U.S.C. § 2703(f), Discord, Inc. shall disclose the following information to the government for Discord User ID: 510497117542809615, Username: BloodReaper231#0382 ("**TARGET ACCOUNT**") for the time period of January 1, 2022 through March 3, 2023:

a. All identity and contact information, including full name, e-mail address(es), physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, recovery account(s), and other personal identifiers;

b. All past and current usernames associated with the account;

c. All logs, including sender, recipient, date, and time, concerning the previous messages sent to or from the **TARGET ACCOUNT**.

d. The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

e. All activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

f. All information regarding the particular device or devices used to login to or access the account, including all device identifier information, cookie information, and all information about the particular device or devices used to access the account and the date and time of those accesses;

g. All communications, images, or other messages sent or received by the accounts including in public posts and direct messages associated with the account;

h. All user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content;

i. All photographs, images, and videos in the user gallery for the account;

j. All location data associated with the account, including geotags, map settings, and any map data;

k. All data and information that has been deleted by the user;

l. A list of all of the accounts that the user follows on Discord and all accounts (if any) who are following the user (i.e., the user's "following" list and "followers" list), as well as any friends of the user;

m. A list of all users that the account has "unfollowed" or blocked and users that have blocked or "unfollowed" the **TARGET ACCOUNT**;

n. All privacy and account settings;

o. Any device identification information for devices used to access the **TARGET ACCOUNT** including IMEI, IMSI, MAC address, computer name, user agent string, or other identifying number;

p. Any device tokens, push token data, and any accounts connected by cookie(s), device identifier or advertising ID (ADID);

q. Any information furnished to the National Center for Missing and Exploited Children under 18 U.S.C. § 2258A; and

r. All records pertaining to communications between Discord, Inc. and any person regarding the user or the user's Discord account, including abuse reports, contacts with

support services, and all records of actions taken, including suspensions of the account and reasons for such actions.

The Provider is hereby ordered to disclose the above information to the government within **14 DAYS** of issuance of this warrant.

## II. Information to Be Seized by the Government

All information described above in Section I that constitutes contraband, fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2251(a) and (e); 18 U.S.C. § 1470; 18 U.S.C. § 2252A; and 18 U.S.C. § 2422, committed by **MATTHEW LEE STEPHENS**, including information pertaining to the following matters:

a. Production, possession, transportation, receipt, distribution, and/or access with intent to view of child pornography (and attempt) including images and videos of child pornography, child erotica, and communications relating to such materials;

b. Evidence of the use or development of false or alias persona(e) used to misrepresent the user to victims or intended victims;

c. Communications threatening to harm the reputation of a victim;

d. Extortionate demands, including demands for payment or sexually explicit images;

e. Evidence of Cyberstalking including use of an interactive computer service or electronic communication service to locate, store, or review information about a victim, such as information about a victim's name, online presence, personal information, friends, family members, and location and any contacts with others about such information;

f. Evidence of financial transactions conducted on the account which may be associated with child sexual exploitation, and extortion of adult or child victims;

g. Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the account user(s);

h. Evidence indicating the account user's or users' state of mind as it relates to the crime under investigation;

i. The identity of the person(s) who created or used the user IDs, including records that help reveal the whereabouts of such person(s);

j. The identity of person(s) who communicated with the **TARGET ACCOUNTS** about matters relating to obscenity, child pornography, extortionate threats and demands, personal or identifying information of victims, child erotica, or child sexual exploitation, including records that help reveal their whereabouts;

k. Information about victims and intended victims of child sexual exploitation, obscenity, or extortion; and

l. Evidence indicating distribution of images and/or videos depicting male genitalia, and other obscene materials to a minor child.

m. Any information furnished to the National Center for Missing and Exploited Children under 18 U.S.C. § 2258A.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.